# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE No.: | 2012AP2566 |
| COMPLETE TITLE: | Sohn Manufacturing Inc., |
| |            Plaintiff-Appellant-Petitioner, |
| | Secura Insurance, |
| |            Plaintiff-Appellant, |
| |      v. |
| | Labor and Industry Review Commission and Tanya Wetor, |
| |            Defendants-Respondents. |

REVIEW OF A DECISION OF THE COURT OF APPEALS
(Reported at 350 Wis. 2d 469, 838 N.W.2d 131)
(Ct. App. 2013 – Published)
PDC No.: 2013 WI App 112

| | |
|---|---|
| OPINION FILED: | October 7, 2014 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | September 23, 2014 |

| | |
|---|---|
| SOURCE OF APPEAL: | |
|   COURT: | Sheboygan |
|   COUNTY: | Circuit |
|   JUDGE: | Terence T. Bourke |

| | |
|---|---|
| JUSTICES: | |
|   CONCURRED: | |
|   DISSENTED: | |
|   NOT PARTICIPATING: | PROSSER, J., did not participate. |

ATTORNEYS:

For the plaintiff-appellant-petitioner, there were briefs by *Steven A. Nigh*, *Charles B. Palmer*, *Denise L. Greathouse*, *Kelly R. Rourke*, and *Michael Best & Friedrich LLP*, Waukesha. Oral argument by *Steven A. Nigh*.

For the defendant-respondent Labor and Industry Review Commission, the cause was argued by *Anthony D. Russomanno*, assistant attorney general, with whom on the brief was *J.B. Van Hollen*, attorney general.

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No. 2012AP2566
(L.C. No. 2011CV1015)

STATE OF WISCONSIN          :        IN SUPREME COURT

**Sohn Manufacturing, Inc.,**

       **Plaintiff-Appellant-Petitioner,**

**Secura Insurance,**

       **Plaintiff-Appellant,**

   **v.**

**Labor and Industry Review Commission and**

**Tanya Wetor,**

       **Defendants-Respondents.**

**FILED**

**OCT 7, 2014**

Diane M. Fremgen
Clerk of Supreme Court

REVIEW of a decision of the Court of Appeals. *Affirmed.*

¶1 PER CURIAM. The court is evenly divided upon the question of affirmance or reversal. That results in affirmance of the judgment of the court of appeals and thus of the Labor and Industry Review Commission. Chief Justice Shirley S. Abrahamson, Justice Ann Walsh Bradley and Justice N. Patrick Crooks would affirm. Justice Patience Drake Roggensack, Justice Annette Kingsland Ziegler, and Justice Michael J. Gableman would

reverse. Justice David T. Prosser did not participate. Accordingly, the decision of the court of appeals is affirmed.